IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ROUGE INDUSTRIES, INC., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 03-13272 (MFW) |
| ROUGE STEEL COMPANY,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>OMNISOURCE CORPORATION – FORT WAYNE BROK,<br><br>　　　　　Appellee. | misc.<br>~~Civil~~ Action No. 06-29-KAJ |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAL**
**UNDER 28 U.S.C. § 158(a)**

WHEREAS, Plaintiff filed the Motion for Leave to Appeal Under 28 U.S.C. § 158(a) (the "Motion");

WHEREAS, Defendant does not oppose the relief requested in the Motion;

WHEREAS, upon consideration of the arguments in support of the Motion, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

　　1.　　The Motion is GRANTED and the Plaintiff is granted leave to file an interlocutory appeal of the Bankruptcy Court's Memorandum And Order Denying Motion Of

Plaintiff For Leave To File An Amended Complaint, dated January 19, 2006.

Dated: ~~February~~ April 17, 2006

_____
UNITED STATES DISTRICT JUDGE

2